UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and JENNIFER BOLEN<br>Defendants. | CA 07 166S |

NOTICE OF REMOVAL OF THE DEFENDANTS,
THE J. BOLEN GROUP, LLC AND JENNIFER BOLEN

Defendants The J. Bolen Group, LLC and Jennifer Bolen request, pursuant to 28 U.S.C. § 1446(a) that the above action be removed from the Rhode Island Superior Court to the United States District Court for the District of Rhode Island. As grounds for removal, the defendants state the following:

1. Defendants The J. Bolen Group, LLC and Jennifer Bolen are the defendants in a civil action that is pending in the Washington County Superior Court, C.A. No. 07-0219;

2. On information and belief, the defendants first received notice of the Complaint on April 13, 2007, when plaintiff Dominion Diagnostics, LLC served a copy of the plaintiff's Complaint on the defendants via certified return receipt mail. As the date of filing of this pleading the plaintiff had not yet filed a Proof of Service or Return of Process with the Court. A true and correct copy of the Complaint and Summons is attached as Exhibit A;

3. On information and belief, the plaintiff is a limited liability company organized and existing under the laws of the Commonwealth of Virginia and is registered with the State of Rhode Island Providence Plantations' Secretary of State.

4. Defendant The J. Bolen Group, LLC is a limited liability company organized

and existing under the laws of the State of Tennessee with a principal place of business at 9040 Executive Park Drive, Suite 120, Knoxville, Tennessee;

5. The Defendant Jennifer Bolen is a resident of Tennessee;

6. This Court has jurisdiction over the above action pursuant to 28 U.S.C. § 1332 because based on the allegations contained in the plaintiff's Complaint, that the matter in controversy exceeds $75,000, exclusive of interests and costs, and this action has been commenced against a corporation that is incorporated in and has its principal place of business in a different state from the plaintiff and an individual who is a resident of a different state from the plaintiff.

WHEREFORE, defendants The J. Bolen Group, LLC and Jennifer Bolen request that the above action now pending in the Washington County Superior Court in the State of Rhode Island be removed to the United States District Court for the District of Rhode Island.

The Defendants,
The J. Bolen Group, LLC and Jennifer Bolen,
By their Attorneys,

Melissa A. Malone

Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

(401) 273-7171
(401) 273-2904 - Fax

## CERTIFICATE OF SERVICE

I, Melissa A. Malone, attorney for defendants The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on May 11, 2007, I served a copy of the foregoing:

1. Notice of Removal of the defendants The J. Bolen Group, LLC and Jennifer Bolen

by first class mail, postage prepaid, to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.

Melissa A. Malone