UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | C.A. No. 07-166S |

## ENTRY OF APPEARANCE

I, Sheri L. Pizzi, hereby enter my appearance on behalf of defendants the J. Bolen Group, LLC and Jennifer Bolen in the above-referenced matter.

Sheri L. Pizzi
R.I. Bar No. 5720
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 - Fax

# CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on May 16, 2007, I mailed a copy of the foregoing:

1. Entry of Appearance.

by regular mail, postage prepaid, to:

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly, Simpson
28 Caswell Street
Narragansett, RI 02882.

Sheri L. Pizzi