UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

304971

| | | |
|---|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | ) | C.A. No. 07-166S |

**MOTION OF DEFENDANTS, J. BOLEN GROUP, LLC AND JENNIFER BOLEN TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 29, 33(b)3, 34(b) and United States District Court for the District of Rhode Island Local Rule 29(b), The J. Bolen Group, LLC and Jennifer Bolen, hereby move for an Order extending the time within which Defendants may answer, object, or otherwise respond to Plaintiff's First Request for Production of Documents and First set of Interrogatories up through and including August 31, 2007.

The Defendants,
The J. Bolen Group, LLC and
Jennifer Bolen
By their attorneys,

/s/ Sheri L. Pizzi
Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313

mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

**CERTIFICATE OF SERVICE**

I, Sheri L. Pizzi, attorney for defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on July 23, 2007, I served a copy of the foregoing:

> Motion of the Defendants, J. Bolen Group, LLC and Jennifer Bolen to Extend Time for Defendants to Respond to the Plaintiff's First Request for Production of Documents and First Set of Interrogatories,

by first class mail, postage prepaid, to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.

/s/ Sheri L. Pizzi

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

304997

DOMINION DIAGNOSTICS, LLC
Plaintiff,

v. C.A. No. 07-166S

THE J. BOLEN GROUP, LLC and
JENNIFER BOLEN
Defendants.

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS, J. BOLEN GROUP, LLC AND JENNIFER BOLEN MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES**

1. The Defendants were served with Plaintiff's First Request for Production of Documents and First Set of Interrogatories on June 21, 2007.
2. The Defendants request a brief extension of time within which to answer, object and/or respond to Plaintiff's Interrogatories and Requests for Production of Document up to and including August 31, 2007.
3. No discovery conference has yet been scheduled in this case.
4. A brief extension of time is necessary to allow these Defendants to respond to the Plaintiff's discovery.
5. The extension of time will not prejudice the rights of the parties.
6. This request is fair and reasonable and is not sought to delay the proceedings.

7. In good faith, Defendants attempted to confer with Plaintiff. Defendants were unable to obtain Plaintiff's assent to this Motion.

8. An oral argument may be necessary if an opposition is filed.

Accordingly, the Defendants respectfully request that the Court extend the time that the Defendants have to answer, object/and or respond to plaintiff's First Request for Production of Documents and First set of Interrogatories up to and including August 31, 2007.

The Defendants,
The J. Bolen Group, LLC and
Jennifer Bolen
By their attorneys,

/s/ Sheri L. Pizzi
Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, attorney for defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on July 23, 2007, I served a copy of the foregoing:

Memorandum of Law in Support of Defendants, J. Bolen Group, LLC and Jennifer Bolen Motion to Extend time for the Defendants to Respond to the Plaintiff's First Requests for Production of Documents and First Set of Interrogatories,

by first class mail, postage prepaid, to:
Mark A. McSally

Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.
401-789-7800

/s/ Sheri L. Pizzi