STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0219 DOMINION DIAGNOSTICS LLC V THE J BOLTON GROUP LLC

Filing Date: 04-03-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 05-11-2007

Plaintiff: DOMINION DIAGNOSTICS, LLC
ID: @10835042
Attorney: MARK MCSALLY

Defendant: JENNIFER BOLEN
ID: @10897972
Attorney: SHERI PIZZI
Attorney: MELISSA MALONE

Defendant: J BOLEN GROUP LLC
ID: @10897973
Attorney: SHERI PIZZI
Attorney: MELISSA MALONE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-03-2007 | COMPLAINT FILED | |
| 04-03-2007 | INITIAL FILING FEE | |
| 04-03-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW34650. |
| 04-20-2007 | AFFIDAVIT FILED | |
| 05-11-2007 | STIPULA FILED,EXTEN OF TIME | DEFT HAS UNTIL 5/18/07 TO ANSWER |
| 05-11-2007 | ANSWER FILED | Affiliated: BOLEN, JENNIFER |
| 05-11-2007 | NOTICE | OF REMOVAL TO UNITED STATES DISTRICT COURT<br>Affiliated: BOLEN, JENNIFER |
| 05-11-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
C. R. [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island