UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | C.A. No. 07-166S |

ASSENTED TO MOTION OF DEFENDANTS
THE J. BOLEN GROUP, LLC AND JENNIFER BOLEN TO CONTINUE
THE SETTLEMENT CONFERENCE SCHEDULED
FOR SEPTEMBER 19, 2007

Pursuant to Local Rule 39.2 of the United States District Court for the District of Rhode Island and with assent of the Plaintiff, Dominion Diagnostics, LLC the Defendants, The J. Bolen Group, LLC and Jennifer Bolen, request a continuance of the Settlement Conference scheduled before Magistrate Judge Lincoln D. Almond on September 19, 2007 at 2:00 p.m.

1. Defendant, Jennifer Bolen, is a national conference speaker.
2. Defendant is a resident of the state of Tennessee.
3. Defendant, Jennifer Bolen, has a prior scheduled speaking engagement on September 19, 2007 and is unable to attend the Settlement Conference either in person or via telephone.
4. The parties view this Settlement Conference as a meaningful opportunity to resolve this lawsuit.

5. The parties believe that the Settlement Conference will be more productive if Ms. Bolen is available to participate.

The Defendants,
The J. Bolen Group, LLC and
Jennifer Bolen
By their attorneys,

/s/ Sheri L. Pizzi
Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

Assented to:

/s/ Mark A. McSally
Mark A. McSally
R.I.Bar No. 3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
(401) 789-6990 - Fax

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, attorney for defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on September 14, 2007, I served a copy of the foregoing:

Assented to Motion of Defendants The J. Bolen Group, LLC and Jennifer Bolen to Continue the Settlement Conference Scheduled for September 19, 2007,

by first class mail, postage prepaid, to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.

/s/ Sheri L. Pizzi