UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | C.A. No. 07-166S |

MOTION OF DEFENDANT THE J. BOLEN GROUP, LLC TO ASSERT COUNTERCLAIM AGAINST PLAINTIFF

Pursuant to Federal Rule Civil Procedure 13(f) and United States District Court for Rhode Island Local Rules 7 and 15 Defendant The J. Bolen Group, LLC moves for an Order allowing it to assert a counterclaim against Plaintiff for breach of contract. As grounds for this request Defendant submits the attached Memorandum of Law.

The Defendants,
The J. Bolen Group, LLC and
Jennifer Bolen
By their attorneys,

/s/ Sheri L. Pizzi
Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171

401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, attorney for defendant, The J. Bolen Group, LLC hereby certify that on October 24, 2007, I served a copy of the foregoing:

Motion of the Defendant The J. Bolen Group, LLC to Assert a Counterclaim Against Plaintiff

by email and first class mail, postage prepaid, to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.

/s/ Sheri L. Pizzi