UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

DOMINION DIAGNOSTICS, LLC
Plaintiff,

v.

THE J. BOLEN GROUP, LLC and
JENNIFER BOLEN
Defendants.

C.A. No. 07-166S

MEMORANDUM OF LAW OF DEFENDANT THE J. BOLEN GROUP, LLC
IN SUPPORT OF ITS MOTION TO ASSERT
COUNTERCLAIM AGAINST PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 13(f) and United States District Court for Rhode Island Local Rules 7 and 15 Defendant The J. Bolen Group, LLC submits the following Memorandum in support of its Motion to Assert a Counterclaim Against Plaintiff. For the reasons set forth herein, defendant respectfully submits that this motion should be granted.

The present dispute between the parties arises from a Consulting Agreement entered into on December 8, 2005. The Consulting Agreement between The J. Bolen Group, LLC and Dominion Diagnostic, LLC terminated on September 17, 2006. Plaintiff, Dominion Diagnostics failed to pay defendant, The J. Bolen Group, LLC's invoice dated October 10, 2006 for services rendered between September 1, 2006 and September 17, 2006. Failure to pay this invoice is a breach of the Consulting Agreement.

*Res judicata* will preclude defendant from raising the breach of contract claim related to the Consulting Agreement in a separate civil action and therefore, it must be pled in this proceeding. Further, the parties to this matter are still in the preliminary stages of discovery. Consequently, the parties will have ample opportunity to defend and address defendant's breach of contract counterclaim. The counterclaim will not prejudice the rights of the parties. Attached Exhibit 1 is the proposed Counterclaim of Defendant The J. Bolen Group, LLC Against Dominion Diagnostics, LLC.

Accordingly, defendant respectfully requests that the Court grant its Motion to Assert a Counterclaim against plaintiff for breach of contract.

The Defendant,
The J. Bolen Group, LLC,
By its attorneys,

/s/ Sheri L. Pizzi
Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, attorney for defendant The J. Bolen Group, LLC, hereby certify that on October 24, 2007, I served a copy of the foregoing:

Memorandum of Law of Defendant, The J. Bolen Group, LLC in Support of Its Motion to Assert Counterclaim Against Plaintiff

by first class mail, postage prepaid, to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.
401-789-7800

/s/ Sheri L. Pizzi