UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | ) | C.A. No. 07-166S |

COUNTERCLAIM OF DEFENDANT THE J. BOLEN GROUP, LLC
AGAINST DOMINION DIAGNOSTICS, LLC

1. The defendant/counterclaim plaintiff The J. Bolen Group, LLC is a limited liability company organized and existing under the laws of the State of Tennessee with a principal place of business at 9040 Executive Park Drive, Suite 120, Knoxville, Tennessee.

2. The plaintiff/counterclaim defendant Dominion Diagnostic, LLC on information and belief is a limited liability company organized and existing under the laws of the Commonwealth of Virginia and is registered with the State of Rhode Island Providence Plantations' Secretary of State.

3. On or about December 8, 2005, The J. Bolen Group, LLC and Dominion Diagnostics, LLC entered into a Consulting Agreement.

4. The present dispute between the parties arises from the Consulting Agreement entered into on December 8, 2005.

5. Section 5(a) of the Consulting Agreement provides that:

   This Agreement may be terminated without cause by Consultant or Company on 30 days' written notice.

6. On August 17, 2006, The J. Bolen Group, LLC provided Dominion Diagnostics with written notice of its intention to terminate the Consulting Agreement pursuant to § 5(a) of the Consulting Agreement.

7. The terms of the Consulting Agreement required The J. Bolen Group, LLC to continue to provide services to Dominion Diagnostics for thirty (30) days after serving its notice of intention to terminate.

8. Pursuant to the terms of the Consulting Agreement, The J. Bolen Group continued to provide services to Dominion Diagnostics from August 17, 2006 through September 17, 2006.

9. The Consulting Agreement between The J. Bolen Group, LLC and Dominion Diagnostic, LLC terminated on September 17, 2006.

10. On October 10, 2006, The J. Bolen Group, LLC submitted an invoice in the amount of $14,161 to Dominion Diagnostics, LLC for services rendered between September 1, 2006 and September 17, 2007.

11. Dominion Diagnostics, LLC refused to pay the October 10, 2006 invoice.

12. Dominion Diagnostic, LLC breached the Consulting Agreement when it failed to pay The J. Bolen Group, LLC's invoice of October 10, 2006.

13. As a result of Dominion Diagnostics, LLC's breach of the Consulting Agreement, The J. Bolen Group, LLC sustained damages.

WHEREFORE, the defendant, The J. Bolen Group, LLC, demands judgment against Dominion Diagnostics, LLC for damages, plus interest, costs, and attorney's fees.

The Defendant,
The J. Bolen Group, LLC
By its attorneys,

/s/ Sheri L. Pizzi

Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com

Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax