UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION DIAGNOSTICS, LLC | : | |
| | : | |
| -vs- | : | C. A. No. 07-166S |
| | : | |
| THE J. BOLEN GROUP, LLC and JENNIFER BOLEN | : | |

NOTICE TO TAKE DEPOSITION

To: Attorney Sheri L. Pizzi
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Please take notice that on Tuesday, November 27, 2007, at 10:00 a.m. at the offices of Baker and Daniels, LLP, 300 North Meridian Street, Suite 2700, Indianapolis, Indiana, plaintiff will take the deposition upon oral examination of Dr. Michael A. Evans, President of American Institute of Toxicology Inc. pursuant to the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

/s/ Mark A. McSally

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

CERTIFICATION

I hereby certify that a copy of the within Notice was sent to the above counsel of record on November 2, 2007.

/s/ Mark A. McSally