UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION DIAGNOSTICS, LLC | : | |
| | : | |
| -vs- | : | C. A. No. 07-166S |
| | : | |
| THE J. BOLEN GROUP, LLC and JENNIFER BOLEN | : | |

PLAINTIFF'S ANSWER TO COUNTERCLAIM

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Admitted.

10. Admitted.

11. Admitted based upon the fact that the defendant failed to perform any services during the time period in question.

12. Denied.

13. Denied.

WHEREFORE, plaintiff demands that the defendant's counterclaim be denied and dismissed and that judgment be entered for their costs and attorney's fees.

/s/ Mark A. McSally

MARK A. MCSALLY - #3006

Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

AFFIRMATIVE DEFENSES

1. Defendant's Counterclaim fails to state a cause of action upon which relief may be based.

2. Defendant was in breach of the terms of the Consulting Agreement and, therefore, not entitled to compensation for the period of August 17, 2006, through September 17, 2006.

/s/ Mark A. McSally

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

To: Attorney Sheri L. Pizzi
Attorney Melissa A. Malone
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

CERTIFICATION

I hereby certify that a copy of the within Answer to Counterclaim was sent to the above counsel of record on November 29, 2007.

/s/ Mark A. McSally