UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

DOMINION DIAGNOSTICS, LLC
Plaintiff,

v.

THE J. BOLEN GROUP, LLC and
JENNIFER BOLEN
Defendants.

C.A. No. 07-166S

DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

The defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby object to the plaintiff, Dominion Diagnostics, LLC's Motion to Compel Response to Request for Production of Document, Request Nos. 1, 2, 5, 8, and 9. As grounds for this objection the defendants state as follows:

1. Pursuant to Fed. R. Civ. P. 26(g)(2), "The signature of the attorney or party constitutes a certification that to the best of the signer's knowledge, information, and belief, formed after reasonable inquiry, the request, response, or objection is: consistent with these rules and warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law. . .".

2. With regard to defendants' Response Nos. 1, 2, 8, and 9 to plaintiff's Request for Production of Documents, the defendants have, in fact, made a reasonable, diligent, and thorough search to locate the requested documents.

Accordingly, the defendants have complied with their discovery obligations under the Federal Rules of Civil Procedure.

3. To date, defendants have been unable to locate any documents that are responsive to Request Nos. 1, 2, 8 and 9. However, the plaintiff's desire for particular documents to exist is a wholly insufficient basis to substantiate a Motion to Compel.

4. In addition, pursuant to Fed. R. Civ. P. 26(e), all parties have a duty to supplement or correct discovery disclosures that are inaccurate and/or include information acquired after responding to a party's discovery requests.

5. In recognition of this duty, the defendants agree to supplement their discovery responses in the event that any additional information comes to light.

WHEREFORE, the defendants respectfully requests that this Court deny the plaintiff's Motion to Compel Response to Request for Production of Documents.

The Defendant,
The J. Bolen Group, LLC
By its attorneys,

/s/ Sheri L. Pizzi

Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, attorney for defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on November 30, 2007, I served a copy of the foregoing:

> Defendants' Objection to Plaintiff's Motion to Compel Supplemental Responses to Request for Production of Documents

by email to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.

/s/ Sheri L. Pizzi