UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

309448

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | C.A. No. 07-166S |

**FIRST ASSENTED-TO MOTION TO**
**ENLARGE TIME TO COMPLETE DISCOVERY**

Plaintiff and defendants respectfully move the Court for an enlargement of time from December 31, 2007 to February 29, 2008 to complete discovery. In support of this motion, the Court is respectfully referred to the accompanying memorandum.

The Defendants,
The J. Bolen Group, LLC and
Jennifer Bolen
By their attorneys,

/s/ Melissa A. Malone
Sheri L. Pizzi
R.I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax

Assented to:

/s/ Mark A. McSally

Mark A. McSally
R.I.Bar No. 3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
(401) 789-6990 - Fax