UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION DIAGNOSTICS, LLC | : | |
| | : | |
| -vs- | : | C. A. No. 07-166S |
| | : | |
| THE J. BOLEN GROUP, LLC and JENNIFER BOLEN | : | |

MEMORANDUM IN SUPPORT OFJOINT MOTION
TO EXTEND DISCOVERY DEADLINE

The parties in the above-entitled matter have jointly moved this Court for an extension of the discovery deadline until February 29, 2008.

In support of this motion, the parties would state that at the Rule 16 Conference with the Court, the parties expressed a desire to have an early Settlement Conference with a Magistrate Judge so as to not spend considerable resources on discovery. As a result, a Settlement Conference was first scheduled for September with Magistrate Judge Almond. Unfortunately, this conference was continued by the Court on a number of occasions and did not actually take place until November. Since the Settlement Conference did not yield a settlement, the parties have now been conducting discovery. There have, however, been some scheduling issues related to the scheduling of the defendant, Jennifer Bolen's deposition. This is based in part due to her schedule, as she travels and speaks throughout the country.

There have also been issues regarding the scheduling of depositions in Indianapolis, Indiana. These depositions have been scheduled on two prior occasions but have been rescheduled once due to the unavailability of the witness and once due to the unavailability of defendants' counsel. The parties are now attempting to schedule the depositions in Indianapolis for sometime in January. In addition, the holidays and associated vacation schedules have also

caused some scheduling delays.

Based upon the above, the parties are jointly requesting that this Court extend the discovery deadline.

/s/ Mark A. McSally

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

/s/ SHERI L. PIZZI

SHERI L. PIZZI - #
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171

Dated: December 27 , 2007

(joan) dominion.v.bolen.group/motion.extend.joint-12/21/07