NOV 0 2 2007

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | C.A. No. 07-166S |

ORDER REGARDING CONFIDENTIALITY

The parties, Dominion Diagnostic, LLC, The J. Bolen Group, LLC, and Jennifer Bolen (parties to the litigation entitled Dominion Diagnostic, LLC v. The J. Bolen Group, LLC et al., U.S. District Court for Rhode Island 07-166S) along with their respective experts, employees, counsel, and other agents who are retained to pursue and defend the claims made during the litigation specifically agree to the following terms:

(1) not to disseminate and/or produce any of the discovery designated by either party as "confidential" and exchanged among the parties to third parties; and

(2) within 30 days of the resolution of this matter to have all copies of discovery produced destroyed by the parties to this litigation along with their respective experts, employees, counsel, and any other agents that were retained to pursue and defend the claims made during the litigation.

The Plaintiff
Dominion Diagnostics, LLC,
By its Attorney,

Mark A. McSally
R.I.Bar No. 3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
(401) 789-6990 – Fax

The Defendants
The J. Bolen Group, LLC and
Jennifer Bolen,

Sheri L. Pizzi
R..I. Bar No. 5720
spizzi@taylorduane.com
Melissa A. Malone
R..I. Bar No. 7313
mmalone@taylorduane.com
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 - Fax

**SO ORDERED:**

Date: ______________, 2007

United States District Judge
1/24/08