UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION DIAGNOSTICS, LLC | : | |
| | : | |
| -vs- | : | C. A. No. 07-166S |
| | : | |
| THE J. BOLEN GROUP, LLC and | : | |
| JENNIFER BOLEN | : | |

PLAINTIFF'S MOTION TO COMPEL
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes the Plaintiff in the above-entitled matter and Pursuant to Rule 33 of the Federal Rules of Civil Procedure hereby moves for an Order of this Honorable Court compelling Defendants to produce the documents requested in paragraph 6 of Plaintiff's Request for Production of Documents. Due to the upcoming date for the closure of discovery, plaintiff is requesting a five (5) day Order. A copy of the Request and Defendants Response is attached hereto as Exhibit A.

/s/ Mark A. McSally

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990

To: Attorney Sheri L. Pizzi
Attorney Melissa A. Malone
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

## CERTIFICATION

I hereby certify that a copy of the within motion was sent to the above counsel of record on January 25, 2008.

/s/ Mark A. McSally