UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

DOMINION DIAGNOSTICS, LLC
Plaintiff,

v.

THE J. BOLEN GROUP, LLC and
JENNIFER BOLEN
Defendants.

C.A. No. 07-166S

SUBPOENA IN ACCORDANCE
WITH RULE 30 AND RULE 45
UPON RECEIPT OF THIS SUBPOENA, PLEASE
CONTACT MELISSA A. MALONE AT
401-273-7171

TO: Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882

Greetings:

**YOU ARE HEREBY COMMANDED** in the name of the United States District Court for the District of Rhode Island in accordance with the provisions of Rule 30 and Rule 45 of the Federal Court Rules of Civil Procedure, you are required to appear and testify on behalf of the defendants, The J. Bolen Group, LLC and Jennifer Bolen, before a Notary Public of the State of Rhode Island at the offices of Attorney Melissa A. Malone of Taylor Duane Barton & Gilman, LLP, 10 Dorrance Street, Providence, Rhode Island, on the 19th day of **February, 2008 at 10:00 a.m.** and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

And you are further required to bring with you:

1. The original and a certified duplicate of the items identified on the attached list marked as Attachment A

**HEREOF FAIL NOT AS YOU WILL ANSWER YOUR DEFAULT UNDER THE PAINS AND PENALTIES IN THE LAW IN THAT BEHALF MADE AND PROVIDED.**

Dated: February 1, 2008

Sheri L. Pizzi
R.I. Bar No. 5720
Melissa A. Malone
R.I. Bar No. 7313
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

(401) 273-7171
(401) 273-2904 – Fax

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

| | |
|---|---|
| DOMINION DIAGNOSTICS, LLC<br>Plaintiff,<br><br>v.<br><br>THE J. BOLEN GROUP, LLC and<br>JENNIFER BOLEN<br>Defendants. | C.A. No. 07-166S |

**DEFENDANTS, THE J. BOLEN GROUP, LLC AND JENNIFER BOLEN, NOTICE OF TAKING DEPOSITION OF MARK MCSALLY**

Please take notice that commencing at **10:00 a.m.** on **Friday, February 19, 2008,** the defendants in this action, The J. Bolen Group, LLC and Jennifer Bolen, by their attorney, Melissa A. Malone, of Taylor Duane Barton & Gilman, LLP, will take the deposition upon oral examination of **Mark McSally,** at the Law Office of Taylor Duane Barton & Gilman, LLP, 10 Dorrance Street, Suite 700, Providence, Rhode Island, pursuant to the applicable provisions of the Federal Court Rules of Civil Procedure, before a Notary Public, in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. Deponent is asked to bring all documents responsive to the attached Schedule A.

You are invited to attend and cross examine.

The Defendants,
The J. Bolen Group, LLC and
Jennifer Bolen
By their Attorneys,

Melissa A. Malone

Sheri L. Pizzi
R.I. Bar No. 5720
Melissa A. Malone
R.I. Bar No. 7313
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

401.273.7171
401.273.2904 – Fax

## Schedule A

1. Copies of all correspondence with defendants and Dan Sherrod relating to and/or referencing the Consulting Agreement of December 8, 2005 executed by the parties to this lawsuit.

2. Copies of any drafts of the Consulting Agreement made during the negotiations with The J. Bolen Group, LLC.

3. Copies of any notes made contemporaneously and/or after the signing of the Consulting Agreement that memorialize or relates to what transpired when Dominion Diagnostics, LLC and The J. Bolen Group, LLC signed the Consulting Agreement of December 8, 2005.

4. All correspondence with The J. Bolen Group, LLC relating to and/or referencing the Consulting Agreement of December 8, 2005 executed by the parties to this lawsuit.

5. Copies of documents relating to and/or referencing the November 1, 2006 Independent Contractor Agreement between Dominion Diagnostics, LLC and Dan Sherrod.

6. Copies of all evaluations, correspondence, and documents regarding the evaluation of The J. Bolen Group, LLC's invoice dated October 10, 2006.

7. Copies of all evaluations, correspondence, and documents related to assessment of the work provided by The J. Bolen Group, LLC to Dominion Diagnostics, LLC.

8. Copies of all evaluations, correspondence, and documents related to assessment of the work provided by Dan Sherrod to Dominion Diagnostics, LLC.

9. Copies of all evaluations, correspondence, and documents sent to and/or received from Dan Sherrod or an entity operated and managed by Mr. Sherrod from December 8, 2005 through the present.

10. Copies of all documents related to services performed by Jennifer Bolen and/or The J. Bolen Group, LLC in connection with the Consulting Agreement of December 8, 2005.

## CERTIFICATE OF SERVICE

I, Melissa A. Malone, attorney for the defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on February 1, 2008, I mailed a copy of the following:

1. Defendants, The J. Bolen Group, LLC and Jennifer Bolen, Notice of Taking Deposition of Mark McSally

by first class mail, postage prepaid, to:

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882

Reporting Associates
10 Dorrance Street, Suite 616
Providence, RI 02903.

Melissa A. Malone