Washington SS Date of Service: 2/5/2008

## RETURN OF SERVICE

I this day summoned the within named Mark A. McSally

to appear as within directed by delivering to Joan L. Mathews (Secretary) For Mark A. McSally

in hand/leaving at 28 Caswell St, Narragansett, R.I. 02882

last and usual place of abode, to wit; No. ______,

in the Washington District of said an attested copy of the

subpoena together with $ 48.00 fees for attendance and travel.

Service and Travel
$ 45.00

Raymond J. Baptista
Disinterested Party

______
Police Officer, Constable, Sheriff

Cop.
Pd. Witness
Motor Vehicle

If being necessary I actually used a motor vehicle the distance of 25 miles

in the service of this process.

Subscribed and sworn to before me this 5 day of

February, 2008.

Danielle A. Amicarelli
Notary Public
My Commission Expires: 1/16/2012

305226