UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINION DIAGNOSTICS, LLC          :
                                    :
     -vs-                           :     C. A. No. 07-166S
                                    :
THE J. BOLEN GROUP, LLC and         :
JENNIFER BOLEN                      :

## DISMISSAL STIPULATION

All claims and counter claims are dismissed with prejudice; no interest; no costs and all rights of appeal being waived.

Dated: February 22, 2008

_____
MARK A. MCSALLY - # 3006
Kelly, Kelleher, Reilly & Simpson
Attorneys for Plaintiff
28 Caswell Street
Narragansett, RI  02882
(401) 789-7800
FAX: (401) 789-6990

Dated: February 22, 2008   [4.3.08]

_____
SHERI L. PIZZI - # 5720
MELISSA A. MALONE - # 7313
Taylor Duane Barton & Gilman, LLP
Attorneys for Defendants
10 Dorrance Street, Suite 700
Providence, RI  02903
(401) 273-7171
FAX: (401) 273-2904

## CERTIFICATE OF SERVICE

I, Melissa A. Malone, attorney for defendants, The J. Bolen Group, LLC and Jennifer Bolen, hereby certify that on April 3, 2008, I served a copy of the foregoing:

1. Dismissal Stipulation

by email to:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882.

/s/ Melissa A. Malone